UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DONALD COLE BURCHETT,<br><br>                Plaintiff,<br><br>vs.<br><br>SPOKANE COUNTY JAIL,<br><br>                Defendant. | NO.  CV-08-031-JLQ<br><br>ORDER DENYING *IN FORMA PAUPERIS* STATUS AND DISMISSING COMPLAINT |

       By Order filed April 21, 2008, the court directed Mr. Burchett to comply with 28 U.S.C. § 1915(a)(2) which requires prisoners who seek to bring a civil action without prepayment of the filing fee to submit a certified copy of their trust fund account statement (or institutional equivalent) for the 6-months immediately preceding the filing of the complaint.   Plaintiff was cautioned that failure to do so would result in denial of leave to proceed *in forma pauperis* and closure of the file.  He did not comply.  In addition, the court has determined in the Plaintiff's numerous other cases that by reason of the dismissal of those actions, the Plaintiff is not entitled to proceed without the full payment of the filing fee.

       Therefore, **IT IS ORDERED** Plaintiff's application to proceed *in forma pauperis* is **DENIED** and the Complaint is **DISMISSED WITHOUT PREJUDICE.**

      **IT IS SO ORDERED**.  The District Court Executive is directed to enter this Order, enter judgment, forward a copy to Plaintiff at his last known address and close the file.

      **DATED** this 25th day of May 2008.

                                s/ Justin L. Quackenbush
                            JUSTIN L. QUACKENBUSH
                       SENIOR UNITED STATES DISTRICT JUDGE

ORDER -- 1