AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
*Eastern District of Washington*

Donald C. Burchett

JUDGMENT IN A CIVIL CASE

v.

Spokane County Jail

CASE NUMBER: CV-07-0031-JLQ

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED  By Order filed April 21, 2008, the court directed Mr. Burchett to comply with 28 U.S.C. § 1915(a)(2). He did not comply. Plaintiff's application to proceed in forma pauperis is DENIED and the Complaint is DISMISSED WITHOUT PREJUDICE.

May 25, 2008                                    JAMES R. LARSEN
*Date*                                          *Clerk*
                                                s/ Vikki Johnson
                                                *(By) Deputy Clerk*
                                                Vikki Johnson